Fox Salerno #063416
Name and Prisoner/Booking Number

Arizona State Prison
Place of Confinement

P.O. Box 3400
Mailing Address

Florence, AZ 85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED        ☐ LODGED

# Jan 09 2014

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Fox Petitions LLC
Fox Salerno
(Full Name of Plaintiff)          Plaintiff,

vs.

(1) Robert Patton
(Full Name of Defendant)

(2) Ron Credio

(3) Stephen Morris

(4) Carlos Reyna
                    Defendant(s).
☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _____
(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: 18 USC 241, 242

2. Institution/city where violation occurred: AZ State Prison - Eyman Complex

Revised 3/9/07

550/555

## B. DEFENDANTS

1. Name of first Defendant: _Robert Patton_. The first Defendant is employed as:
_Deputy Director_ at _ADOC - Central Office_
   (Position and Title)                    (Institution)

2. Name of second Defendant: _Ron Credio_. The second Defendant is employed as:
_Warden_ at _ADOC- Eyman Complex_
   (Position and Title)                    (Institution)

3. Name of third Defendant: _Stephen Morris_. The third Defendant is employed as:
_Deputy Warden_ at _ADOC - Browning Unit_
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: _Carlos Reyna_. The fourth Defendant is employed as:
_Lt - Special Security Unit_ at _ADOC- Eyman Complex_
   (Position and Title)                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _?_. Describe the previous lawsuits: _None were dismissed as frivolous_

   a. First prior lawsuit:
      1. Parties: _Salerno_ v. _Charles L. Ryan_
      2. Court and case number: _CV 12 - 00489 ROS_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _On Appeal - No. 13 - 15279_

   b. Second prior lawsuit: _(Unknown)_
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit: _(Unknown)_
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

State the constitutional or other federal civil right that was violated: First, Fifth, Fourteenth Amendments; 18 USC 241, 242; 15th Amend

2. Count I. Identify the issue involved. Check only one. State additional issues in separate counts.

☐ Basic necessities    ☒ Mail    ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Plaintiff Salerno, a State prisoner, is Statutory Agent of Fox Petitions LLC as approved by AZ corporation Commissioner, and Founder/Treasurer of the political Committee Fox Petitions as approved/registered with the AZ Secretary of State. His political group is circulating 2 AZ Constitutional initiative Petitions (SEE Exhibit B). If initiatives get on ballot and passes it would alter prison operations in many ways including lowering prison population by 25% thus many ADOC employees would lose their job. SEE FoxPetitions.com

The following employees have conspired to seize plaintiff's incoming/outgoing mail that relates to his political activities. They justify seizure by claiming a fake criminal investigation. Deputy Director Robert Patton, Warden Ron Credio, Deputy Warden Stephen Morris personally authorized CIU, S.S.U. and mail officers to inspect every single letter of plaintiff when policy only allows 10% inspected, and the seizure of anything political.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

Plaintiff is unable to conduct his lawful political activities as he cannot contact supporters/vendors for his group.

5. Administrative Remedies:

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No

b. Did you submit a request for administrative relief on Count I?    ☒ Yes    ☐ No

c. Did you appeal your request for relief on Count I to the highest level?    ☒ Yes    ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

COUNT II

1. State the constitutional or other federal civil right that was violated: First, Fifth Fourteen Amend; 18 USC 241 243; 15th Amend

2. Count II. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Lt. Carlos Reyna, SGT. Ronald Carlson, SGT. John Chavez, Henry C. Munoz, SGT. McCliney, SGT. O'Connor, Jane Doe Eyman inspector #44, Elizabeth Ellis #441, Danny Smith #420, Abraham Akbar, ● CO II Velasco.

   All of the above ADOC employees have personally seized, read, photo copied or destroyed at least one piece of plaintiff's political mail, and chose not to mail out or give to plaintiff; they also failed to issue seizure slips per policy D.O. 909.

   Lt Reyna attempted to murder Salerno, and is continuing that attempt by telling Aryan Brother William (Billy) Wilson that if he can get Salerno killed he will get Wilson put on a lower custody yard. Wilson is a prisoner in max custody.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff is unable to conduct his lawful political activities as he cannot contact supporters/venders for his group.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

COUNT III

1. State the constitutional or other federal civil right that was violated: First, Fifth, Fourteenth Amend; 18 USC 241, 242; 15th Amend

2. Count III. Identify the issue involved. Check only one. State additional issues in separate counts.
☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: Intimidation of Lawful Political activities

3. Supporting Facts. State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

In order to justify the seizure of political mail and to violate policy by opening all outgoing mail; william Dziadura, Danny Smith, Elizabeth Ellis, Jerry Dunn falsely claimed Plaintiffs political committee was a criminal entity (also Abraham Akbar). All 5 of these individuals attempted to persuade IRS to rescind Federal tax number - IRS refused; to have corporation commission rescind corporation - they refused; to have secretary of state decertify political committee - they refused. Def. personally went to these 3 agency offices to pressure them. All 5 of these Defendants pressured and threatened Plaintiff's political Venders to not do work requested and the following Venders refused to do further work; UPS, Patrick Strombon, Postal & Morr Vee Wood Epsilenium Emily park. And when Plaintiff tried to replace Venders, Def. called new places and told them political group was a criminal front and if they helped Plaintiff, they would be committing a crime.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

Plaintiff is unable to hire Venders for his political activities as Defendants continue to threaten Venders with criminal investigations. Plaintiff only has until July 4, 2014 to turn in 400,000 signatures, he has lost 6 months because of Defendants.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

COUNT IV

1. State the constitutional or other federal civil right that was violated:
First Amend; 15th Amend; 14th Amend

2. Count III. Identify the issue involved. Check only one. State additional issues in separate counts.
☐ Basic necessities        ☐ Mail            ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings ☐ Property        ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☒ Other: Freedom of political expression

3. Supporting Facts. State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. (D.O. 909)

ADOC mail/property policy prohibits solicitation by prisoners, for any reason. This policy is unconstitutional, and the Citizens United case confirm money is free speech.

Plaintiff tried to send out letters from prison soliciting donations for the political group Fox Petitions. That group is a political organization recognized by AZ secretary of State and IRS. Mail SGT McClincy seized mail and refused to send out citing policy. Director Charles Ryan created policy and denied final stage of grievance challenging the seizure of his mail and constitutionality of policy.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
Plaintiff has been denied and is being denied First Amend Rights, and Fox Petitions, which plaintiff founded, is suffering as they require donations to proceed.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                    ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?                ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?       ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

6

COUNT Ⅲ V

1. State the constitutional or other federal civil right that was violated: Freedom of Speech, DUE process, Equal protection, 18 USC 241, 242; 15th Amend

2. Count II. Identify the issue involved. Check only one. State additional issues in separate counts.
☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☒ Retaliation
☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Plaintiff has no history of violence, in or outside of prison. For the last 2 years since he founded his political committee Fox petitions, he has been placed in isolation by over-rides to the classification policy. Policy says he should be in lower custody but following prison officials ordered discretionary over-rides to isolation which he was told will remain until he ends his political activity, Deputy Warden Morris personally told him this.
Defendants Morris and Credio requested over-rides and Defendants Crabtree, Patten and Ryan knowingly approve over-rides even though they violate policy. Plaintiff is the only prisoner with no history of violence to ever have been classified and approved to be in max custody on an increase over-ride. placement is usually not challengable, but when placement is retalictory for lawful political activity outside of prison - it is. Salerno is in imminent danger because of his placement (physically and mentally).

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
No visits, only one hot meal p/day, only one phone call p/week, mental anguish for 2yrs isolation, less freedom, only 3 p/week for showers, no recreation.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes     ☐ No
   b. Did you submit a request for administrative relief on Count II?     ☒ Yes     ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?     ☒ Yes     ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

7

## D. CAUSE OF ACTION

### COUNT VI

State the constitutional or other federal civil right that was violated: First, Fifth and Fourteenth Amend.; 18 USC 241, 242; Fifteenth Amend

2. Count I. Identify the issue involved. Check only one. State additional issues in separate counts.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☒ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Because of Plaintiff's political activities, Jerry Dunn, Lt Carlos Reyna, Henry Munoz, Sgt Carlson have increased his classification score by 14 points by labeling him, falsely, a suspected gang member (STG) for the Aryan Brothers. No hearing was held, no evidence presented, and policy does not allow any appeal process or way to challenge decision. This label puts Salcroas life in imminent danger from other gangs. Policy D.O. 806.02 is unconstitutional without due process and it violates equal protections. Actual gang members are given 16 classification points, only 2 more above suspected members, they are given hearing with evidence presented and an appeal - not suspects.

Plaintiff is also openly gay which prohibits his membership in the racist Aryan Brother gang, so it shows Defendant's motives by labeling him suspect - and he cannot challenge.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

Higher classification, loss of privileges, no jobs or schooling available, defamation as they entered info in computer for all law enforcement to believe and denial of commutation as gang members are not looked upon favorably by parole Board.

5. Administrative Remedies:

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes   ☐ No

b. Did you submit a request for administrative relief on Count I?    ☒ Yes   ☐ No

c. Did you appeal your request for relief on Count I to the highest level?    ☒ Yes   ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

8

## COUNT VII

1. Imminent danger of serious physical injury 28 USC 1915 (g).

2. ☒ Threat To safety (Imminent Danger)

3. Defendant Morris has ultimate control and responsibility over Plaintiff's cell placement at Browning Unit - (MAX custody).

   Defendant Morris personally told plaintiff that he would be thrown in a cell with an Aryan Brothers member if he ~~did~~ ~~file~~ files ~~this~~ this lawsuit and his political activities continued.

   Browning Unit has authority to house prisoners in a single cell, at discretion of Deputy Warden Morris. As Plaintiff is openly gay, such placement would cause plaintiff serious physical injury or death. These racist gang members are never getting out of prison and killing/harming a gay prisoner brings them status. Plaintiff was previously forced in cell and assaulted.

4. Injury - Assault, and political activity halted.

5. Cell placement is not grievable, but threats, assault, intimidation, 1st Amend violation were exhausted in grievance and/or classification processes.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

① Declaratory Relief - order ④ Stop Seizing Political mail
⑧ follow policy only inspect 10% of outgoing mail © Do not
Contact/threaten Venders or free people involved with Fox
Petitions ⑩ D.O. 909 Solicitation Prohibition Unconstitutional
⑤ D.O. 806.02 Unconstitutional in determining suspects ⑥ Removed to lower custody.

② One million dollars So we can pay petition gatherers to make
up for the 6 months we lost having Volunteers collect signatures

③ Fifty million dollars if we now do not have time to collect signatures
because of Defendant's unlawful political interference, misc damage

declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~December 17, 13~~                    _____
            DATE                                  SIGNATURE OF PLAINTIFF

                                                  E-filed January 8, 2014.

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

B.  Defendants  continued

5. Ronald Carlson
   SGT. - Special Security Unit
   ADOC - Browning Unit

6. John Chavez
   SGt - Special Security Unit
   ADOC - Browning Unit

7. Henry C. Munoz
   CO II - Special Security Unit
   ADOC - Browning Unit

8. (~~unknown~~ Dan) McClincy
   SGt - Mail/Property Supervisor
   ADOC - EYMAN COmpleX

9. (unknown) O'connor
   SGt - mail/property Supervisor
   ADOC - EYMAN Complex

10. Jane DOE, EYMAN complex inspector #44
    mail room officer
    ADOC - EYMAN complex

- 1 - A -

11. Elizabeth Ellis #441
Criminal Investigation officer (Prison cop)
ADOC - Central office

12. Danny Smith # 420
Criminal Investigation officer (Prison cop)
ADOC - Eyman complex

13. Abraham Akbar
Criminal Investigation officer (Prison cop)
ADOC - Eyman complex

14. (Unknown) Velasco
CO II mail/property officer
ADOC - Browning Unit

15. William Dziadura
Supervisor, Criminal Investigation Unit
ADOC - Central office

16. Jerry Dunn
Former supervisor special security Unit
ADOC - Central office (Terminated)

17. Stacey Crabtree
Classification supervisor
ADOC - Central office

— 1-B —

18  Charles L. Ryan
    ADOC - Director
    ADOC - central office

- 1 - C -

# EXHIBIT B

**TALKING POINTS #2**
**(ARTICLE XXXI)**

**Criminal Penalties Act**

(Part – 3)

Section 1 – This will require a sentence to be based solely upon the crime in question and the damage/harm caused by this specific criminal act. It cannot be raised because of past behavior or lowered because a criminal cries and says he is sorry when we all know they are only sorry about getting caught. With our current aggravating/mitigating system a non-violent offender with one non-violent prior will get more time than a child molester – not fair. You do the time for the crime you committed.

Section 2 – This will prohibit criminal penalties for victimless crimes. Our politicians love to outlaw behavior or other things based upon their morals or belief system. They can still outlaw it, however, they can only issue civil penalties and not criminal penalties. Requiring harm or attempted harm to another person, property or animal will void hundreds of criminal statutes and give us Arizonans more freedom than any other State in America.

-- This will save hundreds of millions in tax dollars by not putting people through the criminal justice system that don't belong, and police departments will have more personnel, time and money to investigate the thousands of unsolved murders, rapes and child molestations in Arizona. We don't have the money to do everything, this will force our criminal justice officials to prioritize going after those who do the most harm or are the biggest threat.

-- We are not our brother's keeper. It is wrong for people to be criminally punished for the actions of another person. Here is an example: A mother routinely cashed her 17 yr old son's checks as he did not have an account, one day he slipped in a stolen check and even though his mother had no knowledge check was stolen she was charged and convicted of a criminal act – that is wrong. Most of us cash family member checks; it is too easy for good people to get caught up because of what other people do. This section would not have allowed that mother to be convicted for what her son did.

-- This will protect innocent people from going to prison because of mis-identification, as identification is the most unreliable of all evidence used in court. Over 90% of those criminal convictions being over turned by DNA were obtained because of a single eye-witness, If our society is bent on sending someone to prison there must be multiple witnesses, physical evidence, or a combination of both.

-- This will prohibit police from setting people up or being a participant in a crime in order to arrest someone for a crime. We don't want to become like the Feds when they created a company in order to offer Arizona politicians money/tickets as a bribe, so they could arrest them; many of us in that position could be enticed to accept, none of us is as moral as we believe we are. It would also stop local police and their bait car program where they go to poor parts of town and leave keys in a car, or when cops go to concerts and offers to sell drugs to people and then arrests them. If cops did not provide the car or drugs there would not have been a crime. Not allowing police to use these tactics will save millions, lower crime rate, and free up more personnel, time and money to go after the thousands of unsolved murders, rapes and child molestations. Police stings get headlines, but they do not catch people who have previously murdered, raped, or molested anyone -- waste of money.

Section 3 – We all know the saying, "ignorance of the law is no excuse", well it should be and will be if this initiative passes. Humans are born with a morality, where we know right from wrong, but our politicians are creating criminal laws outside of what us humans should instinctively know is wrong. Creating technical crimes when we don't know what they are, and punishing us in the criminal court system is wrong. You punish people who do wrong and who knew or should have known what they were doing was wrong. People and business owners who make an honest mistake or fail to pay appropriate taxes because of confusing tax codes should only be subject to civil penalties. Still further, in the old days every criminal law required "intent" of a person but now it is in vogue to create criminal statutes that do not require intent or knowledge; the Feds have over a hundred of these crimes and Arizona about a dozen thus far. This Amendment will stop our politicians in their tracks, and protect us honest citizens from becoming accidental criminals.

-- This will increase our double jeopardy protections. If we do something wrong we should be punished, but punished only once. Approximately 75% of all State crimes can also be punished under Federal statutes, and the U.S. Supreme Court ruled it is acceptable for a person to be tried in both Federal and State courts for same conduct. This Amendment will protect us Arizonans from this double punishment. We don't want an Arizona prosecutor (attorney) to waste our tax dollars going after someone already convicted in another jurisdiction so they can get publicity in an election year. Here are a couple examples of Double Jeopardy we are trying to stop, ignore how you feel about the cases, just is it fair: The Rodney King beating, cops were tried in both Federal and State courts for same conduct, they just had different criminal names; an

1



American was convicted in South America for killing his wife during a scuba dive, when he came back to America a prosecutor back east charged him with the same crime because he did not like the sentence the guy received in that country -- abuse of power, we don't need that in Arizona.

Section 4 – This will eliminate mandatory minimum sentences. They don't lower crime rate, they are unfair and they waste millions of our tax dollars. Also, a court showing mercy to a criminal based upon facts of their crime is not a weakness, compassion is a core value of us Americans. It is better to have a Judge with their years of legal experience and who does not have to campaign and cow tow to voters, review all the facts of each case and issue a fair punishment. If your son or daughter committed a crime, who do you think would be fairer, a Judge or a politician? Still further, prosecutors routinely waive mandatory minimums, at their discretion, so this subjective use is why no criminal is afraid of it; it is inconsistently used and prosecutors have too much discretion, this section will remove this discretion from prosecutors and give Judges the sentencing discretions. Who should have this discretion, prosecutors with a couple of years experience or Judges who average 10 – 15 years experience?

Section 5 – This will eliminate parole, community supervision, temporary releases, provisional releases, etc. If a Judge sentences a person to 5 years imprisonment, they will do every single day in prison, or work furlough where they work by day paying prison 50% of what they earn for room and board and then return to prison while not working, or GPS monitored home detention where they are electronically tracked 24/7. No more letting prisoners out before their sentence expires and requiring they only call parole officer one a month to check in. They do their time and move on with their life, no strings attached.

-- Parole is an expensive waste of tax dollars and a trick bag for ex-cons. Approximately 75% of parolees commit a technical violation, and of those about 40% are returned to prison by parole officers on those technicalities. It would be hard for an honest citizen to abide by parole standards with all those technical rules. Don't commit anymore crimes should be the only rule. Still further, a quarter of all released prisoners want to leave Arizona to be with their families but are prohibited as they have parole or community supervision. If these former prisoners want to leave why are we stopping them and why are we wasting all these tax dollars monitoring them when we can just let them go? Monitoring people on parole does not stop these ex-cons from committing another crime, it just wastes tax payer money.

-- Over a hundred million dollars is spent every year on supervised and unsupervised probation. Unsupervised is a needless waste of money because counties and police still have to keep track of these people for such petty and inconsequential crimes. This Amendment would do away with unsupervised probation. As for supervised probation, only those who pose a threat of committing another crime will be allowed placed on supervised probation – most violent offenders, all sexual offenders and non-violent people with multiple convictions. So Judges will sentence people to prison where they do every day of sentence, supervised probation if they pose a threat, or no prison and no probation just pay your restitution, fine, court fees and go. This will eliminate thousands of people from probation, allowing probation officers more time to supervise and watch those probationers who actually pose a threat. Ask any probation officer if they are required to supervise too many people and if they are supervising people who don't need supervised. An example: A DPS officer disregarded an order during a police chase, ran a red light and killed someone, he was sentenced to supervised probation – this guy did not need to be supervised, a waste of tax dollars and probation officer's time, not to mention while probation officer wasted their time looking after this former cop, they had less time to look after the sex offenders on their case load.

Section 6 – The State currently issues prison terms in years and Federal government in months. With the different number of days in months and a half year sentence, it is complicated to figure out release dates for everyone included. So to simplify, sentences will all be in days and so when a person is sentenced, a specific firm release date will be given. Because of various early releases, ADOC spends millions notifying victims of prisoners to be released. This will allow courts to give victims firm release date at sentencing saving ADOC millions from having to notify again.

Section 7 (A – D) – We expanded from 6 felony classes to 10, and each one has a specific maximum sentence. Our current sentencing scheme has too many variables and sentences are inconsistent with severity of crime or harm caused. A person under old system could receive a harsher sentence with a non-violent class 5 violation than a class 2 sexual violation; it all depends on prosecutor's allegations and discretion. Old sentencing scheme is too subjective, confusing, inconsistently applied and has too much prosecutor influence.

-- This Amendment will require non-violent offenses to be a lesser felony class than sexual and violent crimes. Class 1 – 5 felonies will be violent or sexual, class 6 – 10 non-violent and non-sexual. This makes it a lot easier to know what type of past crimes a person has been convicted of. Old system has a theft and child molestation as both class 2 felonies and eligible for same sentence while sexual misconduct is only a class 6 felony -- not fair and not consistent as only our State Legislature would believe stealing is an equal crime to molesting a child.



FOX PETITIONS

<u>Section 7 E</u> – This allows young people/juveniles to be sentences to less time than adults for exact same crime as adults. Young people often do stupid and reckless things because of biology and chemistry make up, they need to be treated differently than adults as maturity and the morality of our society is to give them the benefit of the doubt.

<u>Section 7 G</u> – This allows victims a say so in sentencing, they can lower the maximum sentence which is binding upon the court. Current law allows a victim to only recommend. This will encourage criminals to pay restitution, prior to sentencing, in hopes that victim may show them leniency, as it will be mandatory and not just a recommendation if they want sentence lowered.

<u>Section 8</u> – Prosecutors routinely over-charge in order to extort a guilty plea. This is a sleazy practice and our government officials should not have to stoop to that level. If someone commits a series of crimes in a single instance, all charges will run concurrently. However, if someone burglarizes 3 homes the prosecutor will charge for each home separately and they can run consecutively. We should not allow our government agents to threaten, intimidate or extort a guilty plea in a criminal case as is now routine. They plead guilty on facts or risk a trial – no more coercion.

<u>Section 9</u> – This section will streamline plea agreements. Right now a person can molest 5 children and prosecutors routinely allow them to only plead guilty to 1, 2, or 3 of them and others are dismissed; for those dismissed cases how do you tell a child's parents that their child's molestation doesn't really count? This Amendment prohibits prosecutors from dismissing charges, if clear and convincing evidence exists as to guilt, in order to avoid trial and get a plea – criminals will have to plead guilty to all of their crimes.

-- This Amendment also prohibits prosecutors from agreeing to label a crime non-violent or non-sexual in a plea agreement when the crime is a sex crime or a violent act. There are people who have molested children who prosecutors have allowed to plead to a non-sexual offense so the person would not have to register as a sex offender or be put on life time probation.

-- The only negotiating tool prosecutors will have under this Amendment is setting the maximum sentence a court can impose. In other words, criminals plead guilty to everything they do and if the law allows a 20 year sentence, prosecutor can say only "I will limit your sentence to 10 years if you save us expense of a trial", then Judge can issue any sentence from 0 days to 10 years in prison (5,475 days). If you do the crime, you're going to have to cop to it, each and every one, or take your changes at trial.

<u>Section 11</u> – This section expands who can issue pardons and commutations. Showing mercy or compassion is not a weakness as Governor Brewer recently stated when she refused to release a guy who a Judge stated was innocent and parole board recommended his release. Governors seem to only pardon rich donors, VIP's, or their children -- this section now allows us regular people and our children an opportunity to be forgiven. It also makes it easier to correct an injustice.

<u>Section 12</u> – This section allows juries to set a maximum sentence which is lower than the law allows. If a plea agreement cannot be reached with prosecutor, it will encourage criminals to admit guilt to jury, explain themselves, and ask jury to lower maximum sentence and be lenient. The State still gets a conviction and avoids having to spend time and money proving guilt because person admitted and threw themselves on mercy of jury.

<u>Section 13</u> – In order to save time and money for a jury trial, a bench trial which is trial by Judge only, can be done. And to entice a Defendant to have this type of trial prosecutors can lower maximum sentence. So if a person is facing 5 years and wants a trial, prosecutors can agree to lower max sentence to 4 years if they agree to allow a judge to hear case, which saves everyone time and money.

<u>Section 14</u> – Deferring a prosecution is when prosecutors tell people arrested that if they go and pay this private company some money and take a class they will not be prosecuted. This is a scam and this Amendment ends this behavior. Usually deferrals are for conduct that never should have been charged as a crime, no evidence exists to sustain a conviction, or petty crimes prosecutors don't have time or money to deal with.

-- Most investors of these private companies are lawyers, Judges, Prosecutors and law enforcement. They take in tens of millions of dollars for this scam. They are useless classes that do no good and if this passes prosecutors will have the only option to dismiss or plea bargain. A plea bargain would be something like this: plead guilty, pay this $200 fine to government instead of that private company that old law

3



required, and then we'll expunge conviction from record. So instead of the private companies getting these millions, our city and county courts will get it.

Section 16 – If a person is convicted at trial, continues to proclaim innocence, and refuses to admit guilt or take responsibility for their conviction; they are always given a harsher sentence. It has been shown innocent people do get convicted, therefore these innocent people get more time than guilty people for same type of criminal conviction. Guilty people always claim they are sorry at sentencing when they are only sorry about getting caught. This Amendment will level playing field and prohibit Judges from issuing a harsher sentence for refusing to admit guilt.

Section 17 – This will remove authority of criminal sentences from career politicians and give it to career Judges on the Arizona Supreme Court. Politicians currently determine sentences for a criminal act based upon political issues as they have to claim to be tough on crime and if they even think about lowering unfair prison terms, it will most certainly be used against them in the next election. Judges on the Arizona Supreme Court do not have to worry about politics, they do not have to be tough on crime, but they will be smart on crime.

-- The Legislature and Governor will still determine criminal conduct and pass laws, but instead of them applying a criminal penalty to it, the AZ Supreme Court will. They will determine the seriousness of offense and harm it causes, then place it into a category of 1 – 3 misdemeanor classes or 1 -- 10 felony classes. The most serious offense is a lower class: class 1F (Felony) is death penalty, class 10F is one year imprisonment.

-- The reason this change is needed was highlighted during 2012 Legislature when Legislature made theft of copper from a business to be a class 2F, the second most serious type of offense in Arizona. This was done because businesses used their political clout. We are not saying copper theft is not a problem, but to make the penalties of copper theft the same as manslaughter, child molestation, sex trafficking, kidnapping, etc. – not consistent, not fair and costly for us tax payers because severe sentences have never been a deterrent. Not to mention copper theft is a worse crime according to our politicians, than arson, robbery, bribery, assault, sexual abuse, bestiality, etc. – we don't think so.

-- There are approximately 1,000 criminal statutes and there is no rhyme or reason as to how they punish for crimes. The AZ Supreme Court, each Justice with an average of 25 years experience, will put all of these crimes and their punishments in a consistent order where violence and sex crimes will <u>always</u> be punished harsher than property crimes. It will also send a message to criminals, if you use a weapon or physically harm someone your sentence will be lengthier. Right now criminals have no deterrent to not using weapon or causing harm because they know they can plead out the violence and get a lower sentence. If this passes, they won't be able to plead out of violent behavior.

Section 18 – This section of Amendment will erase criminal convictions after sentence served and restitution, court fees and fines are paid. Right now if a young person screws up, they are harmed for life as it will always be on their record. They may get their civil rights back but can still be denied employment, educational opportunities, housing, etc. for a conviction years or decades old. Over 40% of Arizonans have a criminal record from somewhere in America and it continues to rise because every year dozens of new criminal laws are enacted. People need to do their time and be allowed to move on with their life. And for people who say it should stay with them, almost every adult has committed a felony act, most of us just have not been caught. I, like many young people altered my birth date to obtain alcohol, so every time I used that fake I.D. it was a felony (so that was at least 50 felonies before I turned 21); and if you lied on any resume, that is felony fraud for each resume you sent out – so you see how easy it is to get caught up, and it does not mean people are bad and will always do bad things.

-- Hundreds of millions of dollars are owed to victims and courts, well this Amendment will bring in all that money. People will want their record erased but it cannot be erased unless they pay up, so people with convictions decades old and live out of State who are now grandparents or parents will pay up to avoid having their children discover their youthful indiscretions.

Part 5

This makes Amendment retroactive so it encourages people to pay victims and fines up as the voiding of criminal convictions will apply to them, and if the AZ Supreme Court is going to alter sentences for criminal acts, it is only fair they apply to those who are now in prison, on parole or in probation.

OFFICIAL TITLE
AN INITIATIVE MEASURE

ADDING ARTICLE XXXI, CONSTITUTION OF ARIZONA, RELATING TO CRIMINAL PENALTIES.

TEXT OF PROPOSED AMENDMENT

Be it enacted by the people of the state of Arizona:

Part 1. Title.
This act may be cited as the "Criminal Penalties Act."

Part 2. Purpose.
The People of Arizona find and declare the following:

The citizens of Arizona require a fair, consistent, uniform, streamlined and financially efficient criminal sentencing scheme whereby sentences are commensurate with the magnitude of the crime, and free of political bias and influence. Additionally, once a criminal sentence has been served, it shall not serve or be used as a basis or justification for an enhancement of any future sentence or punishment by any government entity.

Part 3. Article XXXI, Constitution of Arizona, is added with the following:

SECTION 1. A CRIMINAL SENTENCE AND PENALTY SHALL BE FAIR, CONSISTENT, AND BASED SOLELY UPON FACTS FOUND TO BE TRUE BEYOND A REASONABLE DOUBT IN THE SAME CRIMINAL PROCEEDING. ANY PRIOR OR CONTEMPORANEOUS CRIMINAL CONDUCT OR SENTENCE THAT IS OUTSIDE OF THE SAME CRIMINAL PROCEEDING SHALL NOT BE A CONSIDERATION OR BASIS TO ENHANCE A SENTENCE OR PENALTY. CONVERSELY, BEHAVIOR OR ACTIONS SUBSEQUENT TO THE CRIMINAL BEHAVIOR SHALL NOT BE A CONSIDERATION OR BASIS TO REDUCE A SENTENCE OR PENALTY.

SECTION 2. A PERSON SHALL NOT BE SUBJECT TO A CRIMINAL SENTENCE OR PENALTY FOR CRIMINAL CONDUCT THAT RESULTED IN NO HARM OR ATTEMPTED HARM TO ANOTHER PERSON, ANOTHER PERSON'S PROPERTY, OR ANY ANIMAL. A PERSON SHALL NOT BE SUBJECT TO A           CRIMINAL SENTENCE OR PENALTY FOR THE CRIMINAL CONDUCT, OR THE RESULT OF THE CRIMINAL CONDUCT, OF ANOTHER PERSON. A PERSON SHALL NOT BE SUBJECT TO A CRIMINAL SENTENCE OR PENALTY FOR A DISCUSSION OR AGREEMENT WITH ANOTHER PERSON TO COMMIT A CRIMINAL ACT. A PERSON SHALL NOT BE SUBJECT TO A CRIMINAL SENTENCE OR PENALTY FOR A CONVICTION WITHOUT EVIDENCE BEYOND A SOLE EYE-WITNESS. A

C-02-2014

PERSON SHALL NOT BE SUBJECT TO A CRIMINAL SENTENCE OR
PENALTY FOR CRIMINAL CONDUCT THAT PRECIPITATED FROM ANY
ACTIVE CONDUCT OF LAW ENFORCEMENT TO ENTICE, ENCOURAGE, OR
FACILITATE THE CRIMINAL CONDUCT.

SECTION 3. A PERSON SHALL NOT BE SUBJECT TO A CRIMINAL
SENTENCE OR PENALTY FOR CRIMINAL CONDUCT IF THE PERSON DID
NOT KNOW AND SHOULD NOT HAVE KNOWN THAT THE CONDUCT WAS
CRIMINAL IN NATURE. A PERSON SHALL NOT BE SUBJECT TO A
CRIMINAL SENTENCE OR PENALTY IF THE PERSON HAS RECEIVED AND
SERVED A PRIOR SENTENCE OR PENALTY IN ANOTHER JURISDICTION
OUTSIDE OF THIS STATE FOR THE SAME CRIMINAL CONDUCT. IF THE
PERSON COULD HAVE RECEIVED A SENTENCE OR PENALTY IN
ANOTHER JURISDICTION OUTSIDE OF THIS STATE FOR THE SAME
CRIMINAL CONDUCT, THE CONSENT OF THE OTHER JURISDICTION IS
REQUIRED BEFORE A PERSON SHALL BE SUBJECT TO A CRIMINAL
SENTENCE OR PENALTY IN THIS STATE FOR THE SAME CONDUCT.

SECTION 4. THE MINIMUM SENTENCE OR PENALTY FOR A CRIMINAL
CONVICTION SHALL BE AT THE DISCRETION OF THE SENTENCING
JUDGE WITHOUT REGARD TO ANY SENTENCING AGREEMENT BETWEEN
THE CONVICTED PERSON AND THE PROSECUTION, AND WITHOUT
REGARD TO ANY SENTENCING GUIDELINE IN RULE, STATUTE OR
ADVISORY. THE SENTENCING JUDGE MAY EXERCISE DISCRETION TO
IMPOSE NO SENTENCE OR PENALTY FOR A CRIMINAL CONVICTION.

SECTION 5. A PERSON'S SENTENCE OF INCARCERATION SHALL BE
SERVED IN ITS ENTIRETY IN CONFINED INCARCERATION, WORK
RELEASE, OR HOME DETENTION. A SENTENCE OF INCARCERATION
SHALL NOT BE REDUCED WITH PAROLE OR COMMUNITY SUPERVISION.
A PERSON'S SENTENCE MAY INCLUDE A PERIOD OF SUPERVISED
PROBATION ONLY IF THERE IS CLEAR AND CONVINCING EVIDENCE THAT
THE PERSON HAS A PROPENSITY FOR FUTURE CRIMINAL CONDUCT. A
PERSON'S SENTENCE SHALL NOT INCLUDE ANY PERIOD OF TIME OF
UNSUPERVISED PROBATION.

SECTIONS 6. ALL SENTENCES OF INCARCERATION SHALL BE
EXPRESSED IN A SPECIFIC NUMBER OF DAYS THAT SHALL NOT BE
SUBJECT TO ALTERATION BY THE RULES, REGULATIONS OR POLICIES
OF THE INSTITUTION OF INCARCERATION. THE DIRECTOR OF THE
ARIZONA DEPARTMENT OF CORRECTIONS, THE COUNTY SHERIFF, OR
THE CITY POLICE CHIEF RETAINING CUSTODY OF ANY PRISONER IN THE
RESPECTIVE INSTITUTION OF INCARCERATION MAY FORMULATE NON-
DISCRETIONARY AND UNBIASED POLICIES ALLOWING SERVICE OF ANY
SENTENCE IN AN ESTABLISHED PROGRAM OF WORK RELEASE OR
HOME DETENTION WITH GPS MONITORING.

C-02-2014

SECTION 7.  CRIMES SHALL BE CLASSIFIED AS FOLLOWS:

A.  MISDEMEANORS, CLASSES 1, 2, AND 3.

B.  NON-VIOLENT FELONIES, CLASSES 6, 7, 8, 9, AND 10.

C.  VIOLENT OR SEXUAL FELONIES, AND ATTEMPTED VIOLENT OR
    SEXUAL FELONIES, CLASSES 1, 2, 3, 4, AND 5.

D.  THE ULTIMATE MAXIMUM SENTENCE OF INCARCERATION FOR EACH
    CLASS OF CRIME IS AS FOLLOWS:

        MISDEMEANOR, CLASS 3 – 30 DAYS
        MISDEMEANOR, CLASS 2 – 90 DAYS
        MISDEMEANOR, CLASS 1 – 120 DAYS
        FELONY, CLASS 10 – 365 DAYS
        FELONY, CLASS 9 – 730 DAYS
        FELONY, CLASS 8 – 1,095 DAYS
        FELONY, CLASS 7 – 1,460 DAYS
        FELONY, CLASS 6 – 1,825 DAYS
        FELONY, CLASS 5 – 3,650 DAYS
        FELONY, CLASS 4 – 5,475 DAYS
        FELONY, CLASS 3 – 7,300 DAYS
        FELONY, CLASS 2 – NATURAL LIFETIME
        FELONY, CLASS 1 – DEATH

E.  IF A CONVICTION IS BASED ON THE ATTEMPT OF A CRIME WITHOUT
    ITS COMPLETION, THE ULTIMATE MAXIMUM SENTENCE FOR THE
    CONVICTION SHALL BE REDUCED BY TWENTY-FIVE PERCENT,
    EXCEPT FOR FELONIES, CLASS 1 AND 2.

F.  IF A CONVICTION IS FOR A PERSON UNDER THE AGE OF NINETEEN,
    THE ULTIMATE MAXIMUM SENTENCE SHALL BE AS FOLLOWS:

    FOR AGES 10 TO 14 AT THE TIME OF COMMISSION OF THE OFFENSE,
    TWENTY-FIVE PERCENT OF THE ADULT MAXIMUM SENTENCE,
    EXCLUDING FELONIES, CLASS 1 AND 2.

    FOR AGES 15-16 AT THE TIME OF COMMISSION OF THE OFFENSE,
    FIFTY PERCENT OF THE ADULT MAXIMUM SENTENCE, EXCLUDING
    FELONIES, CLASS 1 AND 2.

    FOR AGES 17-18 AT THE TIME OF COMMISSION OF THE OFFENSE,
    SEVENTY-FIVE PERCENT OF THE ADULT MAXIMUM SENTENCE,
    EXCLUDING FELONIES, CLASS 1 AND 2.

C-02-2014

G. IF THE VICTIM OF THE CRIME, OR THE VICTIM'S LEGAL REPRESENTATIVE, AGREES TO A LOWER MAXIMUM SENTENCE, THE ULTIMATE MAXIMUM SENTENCE SHALL BE THAT AGREED UPON.

SECTION 8. SENTENCES IMPOSED FOR CONVICTIONS THAT WERE CHARGED IN THE SAME INDICTMENT, INFORMATION, COMPLAINT, OR TRIAL SHALL BE CONCURRENT WITH ONE ANOTHER.

SECTION 9. PLEA AGREEMENTS.

A. THE PROSECUTION MAY NOT DISMISS ANY CRIMINAL CHARGE PURSUANT TO A PLEA AGREEMENT WITH THE ACCUSED IF CLEAR AND CONVINCING EVIDENCE SUPPORTS THE ACCUSED'S COMMISSION OF THE CRIMINAL CHARGE. THE TRIAL JUDGE SHALL DETERMINE THE EXISTENCE OF CLEAR AND CONVINCING EVIDENCE AND DISMISSAL OF THE CRIMINAL CHARGE.

B. THE PROSECUTION MAY NOT REDUCE OR ALTER THE FELONY CLASS OR CLASSIFICATION FOR A CRIME TO NON-VIOLENT OR NON-SEXUAL IF INCONSISTENT WITH THE UNDERLYING FACTS.

C. CONSIDERATION FOR A PLEA AGREEMENT SHALL NOT INCLUDE THE ACCUSED'S TESTIMONY OR INCULPATORY INFORMATION AGAINST ANOTHER PERSON.

D. THE TRIAL JUDGE SHALL NOT REJECT A PLEA AGREEMENT BASED UPON THE MAXIMUM SENTENCE WITHIN THE AGREEMENT. HOWEVER, THE TRIAL JUDGE SHALL REJECT ANY PLEA AGREEMENT INCONSISTENT WITH THIS SECTION.

E. ALL PLEA AGREEMENTS MUST STATE THE MAXIMUM SENTENCE AGREED UPON, THE SPECIFIC AMOUNT OF RESTITUTION AGREED UPON, IF ANY, AND THE SPECIFIC AMOUNT OF ANY FINE AGREED UPON. THE SENTENCING JUDGE MAY SET ANY SENTENCE UP TO THE MAXIMUM SENTENCE SPECIFIED IN THE AGREEMENT, BUT SHALL ORDER RESTITUTION AND SET THE FINE IN THE SAME AMOUNTS SPECIFIED IN THE AGREEMENT.

SECTION 10. RESTITUTION AND FINES TO CRIMINAL VICTIMS SHALL BE DETERMINED BY THE TRIAL JUDGE IN ABSENCE OF A PLEA AGREEMENT.

SECTION 11. A FULL PARDON OR COMMUTATION OF SENTENCE MAY BE GRANTED BY THE PRESIDENT OF THE UNITED STATES, THE GOVERNOR OF ARIZONA, UPON THE CONCURRENCE OF ANY TEN STATE LEGISLATORS, OR UPON THE FILING OF 100,000 SIGNATURES (ACTUAL OR ELECTRONIC) OF ARIZONA CITIZENS WITH THE ARIZONA SUPREME COURT. NO LAW, RULE OR REGULATION SHALL DELAY, RESTRICT, OR INTERFERE WITH THE PARDON OR COMMUTATION OF SENTENCE.

C-02-2014

SECTION 12. IF THE ACCUSED IS CONVICTED IN A JURY TRIAL, THE JURY SHALL SET THE MAXIMUM SENTENCE TO BE IMPOSED.

    A. SUBSEQUENT TO THE JURY CONVICTION, THE JURY SHALL BE INSTRUCTED IN OPEN COURT THAT IT SHALL NOT CONFER WITH OTHER JURORS, AND EACH JUROR, INDIVIDUALLY, SHALL PROVIDE, ON A WRITTEN FORM, A MAXIMUM SENTENCE FOR THE CONVICTED PERSON WITHIN THE RANGE OF ZERO DAYS UP TO THE ULTIMATE MAXIMUM SENTENCES ALLOWED UNDER SECTION 7D. THE TRIAL JUDGE SHALL INSTRUCT THE JURY THAT ITS MAXIMUM SENTENCE SHALL BE BASED ON THE EVIDENCE PRESENTED IN THE CRIMINAL PROCEEDING AND ANY PERSONAL EXPERIENCES, KNOWLEDGE OR BELIEFS.

    B. THE MAXIMUM SENTENCES PROVIDED BY THE INDIVIDUAL JURORS SHALL BE AVERAGED TOGETHER TO ARRIVE AT A SINGLE MAXIMUM SENTENCE SET BY THE JURY.

SECTION 13. IF THE ACCUSED IS CONVICTED WITHOUT A JURY AND IN THE ABSENCE OF A PLEA AGREEMENT, THE PROSECUTION, PURSUANT TO ANY MAXIMUM SENTENCING AGREEMENT WITH THE ACCUSED, SHALL SET THE MAXIMUM SENTENCE FOR THE CONVICTED PERSON AT LESS THAN THE ULTIMATE MAXIMUM SENTENCES ALLOWED UNDER SECTION 7D.

SECTION 14. A SENTENCE OR CONVICTION MAY NOT BE DEFERRED OR SET ASIDE SUBJECT TO COMPLETION, ATTENDANCE OR PARTICIPATION IN A CRIME DIVERSION PROGRAM. AN ACCUSED SHALL NOT BE SUBJECT TO COMPLETION, ATTENDANCE OR PARTICIPATION IN A CRIME DIVERSION PROGRAM WITHOUT A CONVICTION.

SECTION 15. EMBARRASSMENT OF THE CONVICTED PERSON SHALL NOT BE A BASIS FOR ANY IMPOSED SENTENCE.

SECTION 16. THE SENTENCING JUDGE SHALL NOT CONSIDER, FOR SENTENCING PURPOSES, THAT THE CONVICTED PERSON FAILED TO ADMIT GUILT OR PROVIDED TESTIMONY OR INCULPATORY INFORMATION AGAINST ANOTHER PERSON.

SECTION 17. THE LEGISLATIVE AND EXECUTIVE DEPARTMENTS SHALL HAVE SOLE AUTHORITY TO DETERMINE CONDUCT THAT CONSTITUTES A CRIMINAL OFFENSE. THE JUDICIAL DEPARTMENT SHALL HAVE SOLE AUTHORITY TO SET THE ULTIMATE MAXIMUM SENTENCE FOR EACH OFFENSE.

    A. THE SUPREME COURT SHALL DETERMINE THE CRIMINAL CLASS PLACEMENT UNDER SECTION 7D FOR EACH CRIMINAL OFFENSE.

C-02-2014

THE ONLY CONSIDERATION FOR CRIMINAL CLASS PLACEMENT
SHALL BE THE SEVERITY AND HARM OF THE OFFENSE.
B. FOR ALL NEW CRIMINAL OFFENSES, THE CRIMINAL CLASS
PLACEMENT SHALL BE MADE THIRTY DAYS PRIOR TO THE
ENACTING LAW'S EFFECTIVE DATE.
C. FOR ALL EXISTING CRIMINAL OFFENSES, THE CRIMINAL CLASS
PLACEMENT SHALL BE MADE PRIOR TO JANUARY 1, 2015.

SECTION 18. ALL RECORD OF, AND REFERENCES TO, A CRIMINAL
CONVICTION AND SENTENCE SHALL BE ERASED AND TERMINATED, AND
ALL CIVIL RIGHTS AND PRIVILEGES OF A CONVICTED PERSON SHALL BE
AUTOMATICALLY RESTORED AS FOLLOWS:

A. FOR CLASS 1, 2, AND 3 MISDEMEANORS, UPON COMPLETION OF
ANY SENTENCE, AND PAYMENT OF RESTITUTION, FINES AND
FEES.
B. FOR CLASS 6, 7, 8, 9, AND 10 FELONIES, ONE YEAR FROM
COMPLETION OF ANY SENTENCE, AND PAYMENT OF
RESTITUTION, FINES AND FEES.
C. FOR CLASS 3, 4, AND 5 FELONIES, TEN YEARS FROM COMPLETION
OF ANY SENTENCE, AND PAYMENT OF RESTITUTION, FINES AND
FEES, PROVIDED THAT THE PERSON HAS NOT SUSTAINED A
SUBSEQUENT FELONY CONVICTION DURING THE TEN-YEAR
PERIOD, IN WHICH CASE THE TEN-YEAR WAITING PERIOD BEGINS
ANEW FROM THE COMPLETION OF THE SENTENCE FOR THE
SUBSEQUENT CONVICTION.

SECTION 19. THE PROVISIONS OF THIS ARTICLE SHALL BE EFFECTIVE
AND ENFORCEABLE NOTWITHSTANDING ANY OTHER PROVISION IN THE
CONSTITUTION OF ARIZONA.

Part 4. Severability.

If a provision of this act or its application to any person or circumstance is held
invalid, the invalidity does not affect other provisions or applications of the act
that can be given effect without the invalid provision or application, and to this
end the provisions of this act are severable.

Part 5. Effective date.

This Constitutional Amendment shall become effective on January 1, 2015, and
shall be applied retroactively to all pending criminal proceedings and prior
convictions upon application of the accused or convicted person. Upon
application of a convicted person, the person shall be re-sentenced or restored, if
the sentence has been fully served, under this Amendment within sixty days.

C-02-2014

Fox Petitions

# TALKING POINTS #1
# (ARTICLE XXIII)

### Elimination of Redundant and Ineffective Government Laws, Rules, Policies, Regulations and Ordinances Act

### Part 3

Section 1 – This section mandates a benefit for a government entity to require Arizonans to do or not do something, and it must be a proven benefit and do more good than harm. They cannot establish a requirement based upon a belief or a hope it will do what they say, they must have proof it will do good before they enact it. This will void and make Unconstitutional thousands of laws, rules, etc., as they are useless, do more harm to people or businesses than good, were created to control people and to increase bureaucracy, or created to solve a problem that does not exist.

-- We put in "private entities that receive significant public funds" so it will include private prisons, charter schools and hospitals. If they are using our tax dollars, we don't want them to waste it or force Arizonans or other businesses to follow useless Rules, Policies or Regulations.

-- Government entities routinely pick winners and losers based upon politics, which ultimately is bad for the free market. This Amendment requires if the government's action causes a loss to some for a benefit to others, there must be a significant government benefit.

-- This will have a vast range and reach every government agency, eventually saving hundreds of millions of dollars to tax payers, businesses and all Arizonans. Here is a small example of a couple rules which will be Unconstitutional, which people don't think of: our legislature has what is called "striker bills". This rule allows a bill that has passed a committee and is waiting for a final vote to be gutted and an entirely new bill inserted thereby avoiding committee and public review. Fast tracking a bill to avoid a committee review, a legal review, or public comments does not do more good than harm and would be prohibited. Another example that people don't think of is how the police release 911 calls so media outlets can play and sensationalize the tragedy of people; there is no benefit in releasing these tapes, and it does more harm than good publicizing the torment of a person when their loved one has died. These are just two small examples of thousands of laws, rules, etc. that will be declared Unconstitutional if this Amendment passes. We cannot rely on politicians to do the right thing and start repealing bad laws, rules, etc.

Section 2 -- This section will streamline the judicial process in challenging the Constitutionality of a law, rule, etc. Currently Special Actions are discretionary on the judge's part and they usually use technicalities to avoid having to rule on the legality of a law. If this passes judges will be required to accept case and issue a factual ruling on Constitutionality of a law, rule, etc. It will save time and attorney fees for those challenging and government attorneys.

Section 3 – This stops our government from forcing us citizens to do or not do something, while exempting themselves because they think they are special or just want to assert their power over us. What's good for the goose is good for the gander; all for one and one for all; if it's an important and necessary law, rule, etc. then our politicians and government officials should not have a problem following it.

Section 4 – This will decrease the penalties enacted by government entities and the abusive control over people and businesses. Currently there are multiple laws that can be used to punish an individual or business, and each can carry a vastly different punishment for the same exact conduct. A government agent now has the subjective control over which penalties to apply and we are at their whim. If this Amendment passes, we individuals or businesses get to pick punishment if multiple laws apply. And if we get to pick the applicable law, we believe it will force the legislature to void duplicate laws.

Section 6 – This section creates a 5 year sunset clause anytime a government entity creates a law, rule, policy, regulation or ordinance. Meaning, if not amended or renewed in this 5 year period, it automatically expires.

-- This is important because our society is constantly flowing and a law or regulation needed today may not be needed in a few years. This will require a continuous review of all laws, rules, etc. to see if they are still needed or if they need tweaked. Arizona has laws from

1



50 plus years ago on the books that are irrelevant or harmful, and every year our legislators brag about passing 250 to 350 more laws. Never have any Legislature or Congress in America done a review of every law and regulation to see if they are still appropriate.

-- This Amendment will also force a new Director or agency head to review all current policies of agency enacted by previous head, to update them and ensure they are still required and applicable.

-- And voter propositions will also have to be voted upon every 5 years, including propositions like 204, so instead of being permanent we will look at 5 year results and vote if we like results and want to keep or not.

-- Arizona government entities have over one million laws, rules, policies, regulations and ordinances on the books. A review would eliminate 30 – 40% of them as duplicative, outdated, unnecessary or harmful.

Section 7 – This will allow citizens or businesses to challenge the selective enforcement of laws, rules, etc. If our government is not consistently enforcing a law or regulation, it must not be that important. They should be applied to everyone or no one -- fair is fair.

Section 8 – This is one of the most important sections as it goes to the protection of our privacy and will require government agencies to pay businesses for the costs to obtain information or statistics on us citizens.

-- If a government entity requires a business to keep information or turn over information to them they must pay all costs associated with this collection and disclosure. Financial institutions, phone companies, internet providers, employers, gun dealers, hospitals, etc. will be the largest recipients of these funds and will recoup scores of millions of dollars for the costs/expenses that our government puts upon them.

-- Government agencies see terrorists and criminals around every corner so they believe collecting all this information is good. However, 99.9% of it is never even looked at or is private/personal information on people who are not criminals. By requiring the government to reimburse companies, we believe they will end their fishing for information to save money. Therefore this will increase our privacy and with lower business costs, maybe some of that savings will be passed on to customers and employees.

-- State and local government entities will pay out of their budget for information they require, but the legislature will have to determine a state payment plan for Arizona businesses who are required to provide information to a federal agency. We know our legislators are not going to want to use state funds to pay for the Feds collection of information, but it is too bad and it evens out as the Feds give Arizona millions for state projects. Furthermore, by doing this it will entice high tech companies with high paying jobs to come to Arizona. Every financial institutional, phone company, internet provider, etc. will set up storage facilities or routers here so they can get reimbursed from Arizona for federal information and storage disclosure mandates. And with the news federal laws requiring foreign banks to notify I.R.S. of American clients, they may even see a financial benefit to open an office or branch in Arizona so as to recoup these costs. Arizona will be ground zero for information storage and retrieval.

Section 9 – This will end the preferences of religious groups over other groups and businesses that are written in law. An example is A.R.S. 13 – 1422 which now prohibits adult oriented businesses from operating one-fourth mile from a place of worship. There are numerous other similar laws that also prioritize faith based groups. Every group and every business must be treated equal, no favoritism or secular group. Laws like these bread conflict and animosity towards a religious group when the government takes sides and there is no equal treatment.

## Part 5

This Amendment is retroactive so we can challenge the laws, rules, policies, regulations and ordinances that are already on the books.

OFFICIAL TITLE
AN INITIATIVE MEASURE

ADDING ARTICLE XXIII, CONSTITUTION OF ARIZONA, RELATING TO THE ELIMINATION OF REDUNDANT AND INEFFECTIVE LAWS AND REGULATIONS.

TEXT OF PROPOSED AMENDMENT

Be it enacted by the people of the state of Arizona:

Part 1.  Title.
This act may be cited as the "Elimination of Redundant and Ineffective Government Laws, Rules Policies, Regulations and Ordinances Act."

Part 2.  Purpose.
The People of Arizona find and declare the following:

Arizona has redundant and ineffective laws, rules, policies, regulations and ordinances.  The Act will eliminate these laws with a review and expiration procedure, and require each one to be a proven benefit to our cities, counties, states and citizens while eliminating ones that force citizens and businesses to conform to societal, moral, and religious beliefs or conduct, or resolve a problem that is nonexistent.

Part 3.  Article XXIII, Constitution of Arizona, is added with the following:

SECTION 1.  ALL LAWS, RULES, POLICIES, REGULATIONS, AND ORDINANCES OF THE STATE AND ITS POLITICAL SUBDIVISIONS, AND PRIVATE ENTITIES THAT RECEIVE SIGNIFICANT PUBLIC FUNDS  SHALL BE CLEAR AND CONCISE, PROVIDE A TANGIBLE BENEFIT, BE SUBJECT TO UNDERSTANDING BY ANY HIGH-SCHOOL GRADUATE, SHALL NOT TRANSFER RIGHTS, PRIVILEGES, OR PROPERTY FROM SOME CITIZENS TO OTHER CITIZENS WITHOUT A SIGNIFICANT BENEFIT, SHALL DO MORE GOOD THAN HARM, SHALL PRODUCE A PROVEN BENEFIT AND SHALL NOT BE AN UNDUE INVASION OF A PERSON'S LIFE OR PROHIBIT ACTIVITY ON THE GROUNDS THAT THE ACTIVITY MAY NOT RECEIVE GENERAL ACCEPTANCE.

SECTION 2.  ANY CITIZEN OR BUSINESS AFFECTED BY A LAW, RULE, POLICY, REGULATION OR ORDINANCE MAY CHALLENGE THE CONSTITUTIONALITY OF SUCH LAW, RULE, POLICY, REGULATION OR ORDINANCE AS INCONSISTENT WITH THIS ARTICLE BY SPECIAL ACTION IN THE SUPERIOR COURT OF JURISDICTION.  A SPECIAL ACTION CHALLENGING THE CONSTITUTIONALITY UNDER THIS ARTICLE SHALL BE HEARD AND EVIDENCE SHALL BE PRESENTED.  THE COURT SHALL

C - 01 - 2014

RENDER THE FACTUAL DETERMINATION OF WHETHER THE LAW, RULE, POLICY, REGULATION OR ORDINANCE IS CONSISTENT WITH THE STANDARDS IN THIS ARTICLE BY CLEAR AND CONVINCING EVIDENCE WITH THE BURDEN OF PROOF BORNE BY THE ENTITY ENACTING THE LAW, RULE, POLICY, REGULATION OR ORDINANCE.  THE COURT MAY DETERMINE THE LAW, RULE, POLICY, REGULATION OR ORDINANCE UNCONSTITUTIONAL IN TOTAL, OR ALTERNATIVELY, MAY DETERMINE IT UNCONSTITUTIONAL AS APPLIED TO THE CITIZEN OR BUSINESS AFFECTED BY IT.

SECTION 3.  NO LAW, RULE, POLICY, REGULATION OR ORDINANCE MAY EXEMPT GOVERNMENT EMPLOYEES FROM COMPLIANCE WHILE REQUIRING COMPLIANCE FROM NON-GOVERNMENT EMPLOYEES, NOR SHALL A LAW, RULE, POLICY, REGULATION OR ORDINANCE ALLOW DIFFERENT STANDARDS OR TREATMENTS BETWEEN GOVERNMENT AND NON-GOVERNMENT EMPLOYEES.

SECTION 4.  IF THE ACTIVITY OR CONDUCT OF A CITIZEN OR BUSINESS IS PENALIZED UNDER MORE THAN ONE LAW, RULE, POLICY, REGULATION OR ORDINANCE, THE CITIZEN OR BUSINESS SUBJECT TO THE DUPLICATIVE PENALTIES MAY CHOOSE THE SINGLE APPLICATION TO THE CITIZEN OR BUSINESS.

SECTION 5.  ALL LAWS, RULES, POLICIES, REGULATIONS AND ORDINANCES SHALL BE SUBJECT TO EQUAL PROTECTION AND DUE PROCESS PROTECTIONS IF THEY HAVE BEEN ENACTED BY PRIVATE ENTITIES THAT RECEIVE SIGNIFICANT PUBLIC FUNDS.

SECTION 6.  ALL PROSPECTIVE LAWS, RULES, POLICIES, REGULATIONS, AND ORDINANCES OF THE STATE, ITS POLITICAL SUBDIVISIONS, AND PRIVATE ENTITIES THAT RECEIVE SIGNIFICANT PUBLIC FUNDS ENACTED SUBSEQUENT TO THE EFFECTIVE DATE OF THIS ACT SHALL EXPIRE ON THE FIFTH ANNIVERSARY OF THEIR ENACTMENT UNLESS:

A.  THEY ARE AMENDED, AND IN THAT EVENT, SHALL EXPIRE ON THE FIFTH ANNIVERSARY OF THE ENACTMENT OF THE AMENDMENT.

B.  THEY ARE INDIVIDUALLY RENEWED AFTER INDIVIDUAL CONSIDERATION BY THE RESPECTIVE ENACTING POLITICAL BODY, PRIVATE ENTITY, OR THE GENERAL ELECTORATE, IN THE CASE OF BALLOT PROPOSITIONS.

SECTION 6.  ALL PRIOR LAWS, RULES, POLICIES, REGULATIONS, AND ORDINANCES OF THE STATE, ITS POLITICAL SUBDIVISIONS, AND PRIVATE ENTITIES THAT RECEIVE SIGNIFICANT PUBLIC FUNDS ENACTED

C - 01 - 2014

PREVIOUS TO THE EFFECTIVE DATE OF THIS ACT SHALL EXPIRE TWO YEARS FROM THE EFFECTIVE DATE OF THIS ACT UNLESS:

A.  THEY ARE AMENDED, AND IN THAT EVENT, SHALL EXPIRE ON THE FIFTH ANNIVERSARY OF THE ENACTMENT OF THE AMENDMENT.

B.  THEY ARE INDIVIDUALLY RENEWED AFTER INDIVIDUAL CONSIDERATION BY THE RESPECTIVE ENACTING POLITICAL BODY, PRIVATE ENTITY OR THE GENERAL ELECTORATE, IN THE CASE OF BALLOT PROPOSITIONS.

SECTION 7.  ANY LAW, RULE, POLICY, REGULATION, AND ORDINANCE OF THE STATE, ITS POLITICAL SUBDIVISIONS, AND PRIVATE ENTITIES THAT RECEIVE SIGNIFICANT PUBLIC FUNDS THAT ARE NOT CONSISTENTLY ENFORCED AND EQUALLY APPLIED MAY BE DETERMINED TO BE UNCONSTITUTIONAL AS APPLIED TO ANY SPECIFIC INSTANCE.  THE BURDEN TO PROVE THE INCONSISTENCY OR INEQUALITY SHALL RESIDE WITH THE CITIZEN OR BUSINESS ASSERTING THE INCONSISTENCY OR INEQUALITY, AND THE INCONSISTENCY OR INEQUALITY SHALL BE AN AFFIRMATIVE DEFENSE IN ANY ENFORCEMENT ACTION FOR ANY SUCH LAW, RULE, POLICY, REGULATION, AND ORDINANCE.

SECTION 8.  IF                              A LAW, RULE, POLICY, REGULATION, OR ORDINANCE OF THE STATE REQUIRES TRACKING AND DISCLOSURE OF INFORMATION OR STATISTICS, THE GOVERNMENT ENTITY RECEIVING THE INFORMATION OR STATISTICS SHALL REIMBURSE ALL ACTUAL COSTS ASSOCIATED WITH THE TRACKING AND DISCLOSURE.  IF THE RECEIVING GOVERNMENT ENTITY IS FEDERAL IN NATURE OR ORIGIN, THE LEGISLATURE SHALL PRESCRIBE A MANNER FOR REIMBURSEMENT.

SECTION 9.  NO LAW, RULE, POLICY, REGULATION, AND ORDINANCE OF THE STATE, ITS POLITICAL SUBDIVISIONS, AND PRIVATE ENTITIES THAT RECEIVE SIGNIFICANT PUBLIC FUNDS SHALL DISTINGUISH, FAVOR OR DISFAVOR, AMONG OR BETWEEN, RELIGIOUS AND SECULAR ORGANIZATIONS OR PERSONS.

SECTION 10.  THE PROVISIONS OF THIS ARTICLE SHALL BE EFFECTIVE AND ENFORCEABLE NOTWITHSTANDING ANY OTHER PROVISION IN THE CONSTITUTION OF ARIZONA.

Part 4.  Severability.
If a provision of this act or its application to any person or circumstance is held invalid, the invalidity does not affect other provisions or applications of the act that can be given effect without the invalid provision or application, and to this end the provisions of this act are severable.

- 3 -

C-01-2014

Part 5.  Effective date.
This Constitutional Amendment shall become effective on January 1, 2015, and
may be applied retroactively by any citizen or business that is, or has been,
subject to any enforcement action for a law, rule, policy, regulation, and
ordinance.

C - 01 - 2014